379 A.2d 600

Commonwealth v. Molewski, Appellant.

Submitted September 13, 1976. Malcolm M. Limongelli, First Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.